1088

No. 89–6802. WESTER v. MARICOPA COUNTY SUPERIOR COURT. C. A. 9th Cir. Certiorari denied.

No. 89–6803. HEIMBERGER v. REES ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 89–6806. HARRELL v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 89–6807. HOPE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 89–6808. JAXON v. CIRCLE K CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6809. KNOX v. BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 89–6810. LEWIS v. MOODY, SUPERINTENDENT, WILDWOOD CORRECTIONAL CENTER. Ct. App. Alaska. Certiorari denied.

No. 89–6816. MONTGOMERY, INDIVIDUALLY AND AS TRUSTEE OF THE D & R CAVE CREEK TRUST v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6817. MAKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6820. BUCHANAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6821. COVINGTON v. BARNETT, SUPERINTENDENT, NORTH CAROLINA EASTERN CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–6829. WAGNER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–6833. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6835. WATTS v. FOSTER ET AL. C. A. 4th Cir. Certiorari denied.